**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  S & J Service, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  52-1985173

4. **Debtor's address**

   **Principal place of business**
   5133 Frolich Ln
   Number    Street
   Suite D
   Hyattsville    MD    20781
   City           State   ZIP Code

   Prince George's County
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street
   _____
   P.O. Box
   _____
   City       State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   _____
   _____
   City       State    ZIP Code

5. **Debtor's website (URL)**  www.sj-service.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  S & J Service, Inc.  
　　　　Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
236220

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____ MM / DD / YYYY  Case number _____
            District _____  When _____ MM / DD / YYYY  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____ MM / DD / YYYY
            Case number, if known _____

---

Debtor    S & J Service, Inc.                                              Case number (*if known*)_____
          Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                       Number        Street

_____

_____  _____  _____
City                                          State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

                Contact name _____

                Phone        _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **3**

Debtor  S & J Service, Inc.
Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2024
MM / DD / YYYY

✗ /s/ Jose Gregorio
Signature of authorized representative of debtor

Jose Gregorio
Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Daniel Staeven
Signature of attorney for debtor

Date  01/02/2024
MM / DD / YYYY

Daniel Staeven
Printed name

Frost Law
Firm name

839 Bestgate Drive Suite 400
Number    Street

Annapolis
City

MD
State

21401
ZIP Code

410-497-5947
Contact phone

ann.jordan@askfrost.com
Email address

27762
Bar number

MD
State

95 TRAFFIC SAFETY SUPPLY
9011 East Hampton Dr
Hyattsville, MD 20781


Aggregate & Dirt Solutions
5900 Sheriff RD
Capitol Heights, MD 20743


ALBAN TRACTOR CO. INC.
4 North Park Dr
Ste 412
Hunt Valley, MD 21031


Anchor 5232023-2
2254 25th Place
Washington, DC 20018


Anchor 52623-1
2254 25th Place
Washington, DC 20018


Anchor Construction 1
2254 25th Place
Washington, DC 20018


Anchor Construction 2
2254 25th Place
Washington, DC 20018


Anchor Construction Corporation
2254 25th Place
Washington, DC 20018


Antron Corporation
108 Ridgewood Road
Baltimore, MD 21210


Arthur Engineering Svcs, LLC
7806 Braygreen Rd
Ste 107
Laurel, MD 20707


Baltimore City Dept. of Public Works
Office of Boards & Commissions
4 South Frederick St
Baltimore, MD 21202


Brandywine Management LLC
760 Crandell Rd
West River, MD 20778

Capital Leasing & Finance
5170 Sanderlin Ave. Suite 207
Memphis, TN 38117


City of Baltimore Bureau of Revenue
PO Box 17535
Baltimore, MD 21297


Comcast
Attn Legal Dept
1701 JFK Boulevard
Philadelphia, PA 19103


Commonwealth of Virginia
600 MAIN STREET, SUITE 207
Richmond, VA 23219


Concentra
Attn: Legal Dept.
5080 Spectrum Drive, Suite 1200W
Addison, TX 75001


Concrete Cutting Company
PO Box 119
Hyattsville, MD 20781


Construction Support Services
3005 Washington Blvd.
Baltimore, MD 21230


Cpade
7333 New Hampshire Ave
Unit 3
Hyattsville, MD 20781


CSSI Group Inc.
7840 Cessna Ave
Ste. D
Gaithersburg, MD 20879


CT Corporation
PO box 4349
Carol Stream, IL 60197


D Busman Transportation LLC
9502 Bald Hill Rd
Bowie, MD 20721


DC Child Support Clearinghouse (DC CSC)
PO Box 37868
Washington, DC 20013

DC Govt. Office of Workers Compensation
4058 Minnesota Avenue, NE
Washington, DC 20019


E.C.C. & Associates
c/o Bill Owens
26 Railroad Ave #117
Babylon, NY 11702


EDUARDO BENITEZ
11812 Macon St.
Beltsville, MD 20705


Elite Utility Locating LLC
11809 Tregiovo Place
Fort Washington, MD 20744


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530


Ernest Maier
4700 Annapolis Rd
Bladensburg, MD 20710


Federal Express
Revenue Services
3965 Airways, Module G
Memphis, TN 38116


Ferguson Waterworks
751 Lakefront Commons
Newport News, VA 23606


Florentino Gregorio
1536 Inverness Park Ln
McLean, VA 22101


Florentino Gregorio
2254 25th Place
Washington, DC 20018


Fort Myer Construction Co.
2237 33rd St. NE
Washington, DC 20018


Fortline
6501 Dower House Rd
Upper Marlboro, MD 20772

Foundation Sofware
17800 Royalton Rd
Strongsville, OH 44136


G A Eberly LLC
7199 Old Alexandria Ferry Rd
Clinton, MD 20735


GeoForce Inc.
5830 Granite Parkway, Suite 1200
Plano, TX 75024


Gillespie Precast
102 Brickyard Rd
Chestertown, MD 21620


Global Green Recycling LLC
5900 Sheriff Rd
Capitol Heights, MD 20743


HCSS
PO Box 734695
Dallas, TX 75373


Henrique Gregorio
13124 Hathaway Dr
Silver Spring, MD 20906


HERC Rentals Inc.
PO Box 936257
Atlanta, GA 31193


Highway Safety Supply
PO Box 128
Brandy Station, VA 22714


Iconnectu LLC
6761 Applemint Lnc
Alexandria, VA 22310


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Jesco
c/o Friedman Framme & Trush
10416 Mill Run Circle, Ste 550
Owings Mills, MD 21117

JM&M
1401 Mercantile Lane
Ste 440
Largo, MD 20774


Joseph B. Bahen Construction
5120 Frolich Lane
Hyattsville, MD 20781


Keith Patterson
1809 Rockyglen Dr
Frederick, MD 21702


Kim Engineering LLC
5901 Ammadale Rd
Ste F
Beltsville, MD 20705


Kollman & Saucier
1823  York Rd
Lutherville Timonium, MD 21093


Marc Klitenic
11019 McCormick Rd
Ste. 400
Hunt Valley, MD 21031


Maryland Child Support AC
PO Box 17396
Baltimore, MD 21297


Maryland DLLR
Unemployment Division
1100 N. Eutaw Street, Room 411
Baltimore, MD 21201


Master Graphic Printing
PO Box 171
Lanham, MD 20703


Metro Paving
5470 LAFAYETTE PL
Hyattsville, MD 20781


Operating Engineers Local 77
8400 Corporate Drive
Ste 430
Hyattsville, MD 20785


PG County Govt.
False Alarm Reduction Unit
PO Box 715888
Philadelphia, PA 19171

Pioneer Properties
5120 FROLICH LANE
Hyattsville, MD 20781


Potts & Callahan
500 W 29th St,
Baltimore, MD 21211


Potts & Callahan Inc
500 W 29th St,
Baltimore, MD 21211


Prince Georges County MD
PO Box 17578
Baltimore, MD 21297


ROWEN CONCRETE
4600 EAST FAYETTE ST
Baltimore, MD 21224


Schlosser Real Estate LLP
2400 51st Place
Germantown, MD 20874


STEVE BELKOV
36854 ARROWHEAD CT
White Plains, MD 20695


Sun Service
11299 OLD BALTIMORE PIKE
Beltsville, MD 20705


Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA 30384


TD Bank
1701 Route 70 East
Cherry Hill, NJ 08034


The Contractors Plan
11910 Anderson Mill Road
Austin, TX 78726


The Monica Gregorio Gift Trust
c/o Jose Rodriguez, Trustee
1450 Emerson Ave, #414
McLean, VA 22101


TrenchTech Inc. MD
11217 Maryland Ave E,
Beltsville, MD 20705

**TRINITY SAFETY GROUP**
**8770 PURDUE RD**
**Indianapolis, IN 46268**

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384**

**VERMEER MID ATLANTIC INC**
**8832 CORRIDO RD**
**Annapolis Junction, MD 20701**

**Virginia Dept. of Tax**
**VA ACCT #0013652945**
**PO Box 1**
**Richmond, VA 23218**

**Vulcan Materials**
**PO Box 75219**
**Charlotte, NC 28275**

**W.M. SCHLOSSER**
**2400 51st Place**
**Hyattsville, MD 20781**

**Win Water**
**3137 Pensy Dr.**
**Unit C**
**Hyattsville, MD 20785**

United States Bankruptcy Court
District of Maryland

In re: S & J Service, Inc.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/02/2024

/s/ Jose Gregorio
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

# United States Bankruptcy Court
## District of Maryland

**In re** S & J Service, Inc.

Case No. _____

**Debtor**

Chapter  11  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 10,000.00

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 545.00

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
2004 exams, US Trustee audits, lift stay motions, and non-bankruptcy work.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/02/2024 | /s/ Daniel Staeven, 27762 |
|---|---|
| *Date* | *Signature of Attorney* |
| | Frost Law |
| | *Name of law firm* |
| | 839 Bestgate Drive<br>Suite 400<br>Annapolis, MD 21401 |

**United States Bankruptcy Court**

**IN RE:**  Case No._____

S & J Service, Inc.
_____ Chapter  11  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jose Gregorio , | 100 | Common stockholder |

Fill in this information to identify the case:

Debtor name: S & J Service, Inc.

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 2,369,129.34 |
| 2 | Anchor Construction 1<br>2254 25th Place<br>Washington, DC, 20018 | | | | | | 159,189.00 |
| 3 | Florentino Gregorio<br>1536 Inverness Park Ln<br>McLean, VA, 22101 | | Monies Loaned / Advanced | | | | 130,000.00 |
| 4 | Win Water<br>3137 Pensy Dr.<br>Unit C<br>Hyattsville, MD, 20785 | | | | | | 113,910.00 |
| 5 | Sunbelt Rentals Inc.<br>PO Box 409211<br>Atlanta, GA, 30384 | | | | | | 111,672.00 |
| 6 | Fort Myer Construction Co.<br>2237 33rd St. NE<br>Washington, DC, 20018 | | | | | | 108,037.00 |
| 7 | Florentino Gregorio<br>2254 25th Place<br>Washington, DC, 20018 | | | | | | 100,000.00 |
| 8 | Henrique Gregorio<br>13124 Hathaway Dr<br>Silver Spring, MD, 20906 | | Monies Loaned / Advanced | | | | 100,000.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor: S & J Service, Inc.

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | The Monica Gregorio Gift Trust<br>c/o Jose Rodriguez, Trustee<br>1450 Emerson Ave, #414<br>McLean, VA, 22101 | | | | | | 89,560.00 |
| 10 | Anchor Construction 2<br>2254 25th Place<br>Washington, DC, 20018 | | | | | | 76,409.00 |
| 11 | Anchor 5232023-2<br>2254 25th Place<br>Washington, DC, 20018 | | | | | | 75,000.00 |
| 12 | HERC Rentals Inc.<br>PO Box 936257<br>Atlanta, GA, 31193 | | | | | | 69,452.00 |
| 13 | Anchor Construction Corporation<br>2254 25th Place<br>Washington, DC, 20018 | | | | | | 67,601.00 |
| 14 | TRINITY SAFETY GROUP<br>8770 PURDUE RD<br>Indianapolis, IN, 46268 | | | | | | 51,960.00 |
| 15 | DC Govt. Office of Workers Compensation<br>4058 Minnesota Avenue, NE<br>Washington, DC, 20019 | | | | | | 44,817.00 |
| 16 | TD Bank<br>1701 Route 70 East<br>Cherry Hill, NJ, 08034 | | | | | | 40,540.00 |
| 17 | CSSI Group Inc.<br>7840 Cessna Ave<br>Ste. D<br>Gaithersburg, MD, 20879 | | | | | | 33,255.00 |
| 18 | Joseph B. Bahen Construction<br>5120 Frolich Lane<br>Hyattsville, MD, 20781 | | | | | | 29,552.00 |
| 19 | The Contractors Plan<br>11910 Anderson Mill Road<br>Austin, TX, 78726 | | | | | | 29,000.00 |
| 20 | Pioneer Properties<br>5120 FROLICH LANE<br>Hyattsville, MD, 20781 | | | | | | 26,793.00 |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __S & J Service, Inc._____

United States Bankruptcy Court for the: __District of Maryland_____

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __01/02/2024__
            MM / DD / YYYY

✘ __/s/ Jose Gregorio_____
Signature of individual signing on behalf of debtor

__Jose Gregorio_____
Printed name

__President_____
Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**